**SO ORDERED.**

**DONE and SIGNED December 30, 2013.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: HOUSTON WEST  CASE NO: 12-12983
CHAPTER 13

### ORDER AND NOTICE OF DISMISSAL

    The Court previously entered an **ORDER** requiring debtor(s) to take one of the following actions by December 20,2013: (1) modify the Chapter 13 Plan and pay a modified plan payment, or (2) pay the Chapter 13 Plan current, or (3) move to convert the case to a Chapter 7 proceeding, or (4) move to voluntarily dismiss the case, or (5) move for a Hardship Discharge or (6) file an objection showing that payments are current. The Court's prior **ORDER** specifically stated that non-compliance with same would constitute cause for the entry of an **ORDER** dismissing the case with a finding under 11 U.S.C. §109 (g)(1) for Debtor(s)' failure to prosecute. The docket of the record of this case indicates that the Debtor(s) have taken no action required by (1), (3), (4), (5) or (6) above, and the Chapter 13 Trustee reports that the Debtor(s) have not paid current as required by (2) above. The record of this case indicates that there are little or no assets that can be administered in a Chapter 7 proceeding, and it now appears that this matter should be dismissed. These facts considered

    IT **IS HEREBY ORDERED** that the Chapter 13 Case be and the same hereby **DISMISSED** *with a finding under 11 U.S.C. 109(g)*

    **IT IS FURTHER ORDERED** that the Trustee disburse all monies on hand, if any, to the Creditors/Debtor(s) after deducting the percentage fees prescribed by 11 U.S.C. 1302(e)(2).

    **IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds as indicated above, the account be closed and a final accounting be filed,

    **IT IS FURTHER ORDERED** that the Trustee be discharged and released from his trust, his bond canceled and the sureties thereon released.

    IT **IS FURTHER ORDERED** that any Order directed to the employer/Debtor(s) to turn over to the Trustee a portion of wages of the debtor(s) is hereby revoked and rescinded.

    IT **IS FURTHER ORDERED** that the provisions of 11 U.S.C. 362(a) and 11 U.S.C. 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.

    IT IS **FURTHER ORDERED** that notice be sent to all creditors that the Chapter 13 Case was dismissed, and that creditors should now look directly to debtor(s) for satisfaction of any balances owing upon their claim.

                                                               ###

This Order was **prepared and submitted by:**
**Lucy G. Sikes, Chapter 13 Trustee**
**P. O. Box 1770**
**Shreveport, Louisiana 71166**